IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Juma, Sam

Printed: 3/4/08

Case Number: 07 B 23427
Judge: Wedoff, Eugene R
Filed: 12/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 5. | Americredit Financial Ser Inc | Secured | 20,000.00 | 0.00 |
| 6. | America's Servicing Co | Secured | 4,800.00 | 0.00 |
| 7. | Fremont Investment & Loan | Secured | 33,000.00 | 0.00 |
| 8. | Americredit Financial Ser Inc | Unsecured | 1,901.03 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 2,070.50 | 0.00 |
| 10. | Praire Material Sales Inc | Unsecured | 17,745.31 | 0.00 |
| 11. | Discover Financial Services | Unsecured | 1,236.17 | 0.00 |
| 12. | Pattern Industries Inc | Unsecured | 57,256.25 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 495.50 | 0.00 |
| 14. | Direct Merchants Bank | Unsecured |  | No Claim Filed |
| 15. | Citibank | Unsecured |  | No Claim Filed |
| 16. | Citibank | Unsecured |  | No Claim Filed |
| 17. | Chase | Unsecured |  | No Claim Filed |
| 18. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 19. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 21. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 22. | R&J Construction Supply Company | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 138,504.76 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Juma, Sam | Case Number:  07 B 23427 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/4/08 | Filed:  12/13/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

